UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

George Martens, et al.,                                      Case No. 3:17-cv-1058

        Plaintiffs

   v.                                                   ORDER

City of Findlay, et al.,

        Defendants


      Before me is the motion to reassign this case to Judge Jack Zouhary filed by Defendants. (Doc. No. 16). Defendants move for reassignment based upon the assertion that this case is a "refiling of Case No. 3:17 CV 785, which was assigned to [Judge Zouhary] and was voluntarily dismissed, without prejudice[.]" (*Id.* at 1). After reviewing the two cases at issue, I conclude reassignment is unnecessary and deny Defendants' motion. Accordingly, Plaintiffs' motion to strike Defendants' motion to reassign, which is substantively an opposition to the motion, is denied as moot. (Doc. No. 20). Additionally, Plaintiffs' unopposed motion for scheduling conference is granted. (Doc. No. 25). All remaining pending motions are denied without prejudice. (Doc. Nos. 3, 4, & 6). No further filings will be accepted without prior leave of the court.

      So Ordered.


                                                                                s/ Jeffrey J. Helmick
                                                                                United States District Judge